# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, _____, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri requests that this court admit pro hac vice _____, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for _____ in the case(s) listed below. I am aware that the local rules of this court require Participation and representation of said case(s) and that I accept service of all papers served. I also understand and agree that if I am admitted pro hac vice, I must register for an ECF filing in. I will be responsible for notifying the admittee of all papers served by ECF.

_Sarah T. Bradshaw_                        _____
**Signature of Movant/Attorney**           **MO Bar Number**

_____                     _____
**Date**                                   **Address**

_____                     _____
**Phone**

### Affidavit of Proposed Admittee

I, _____, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of _____ and the United States District Court(s) of _____. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if I am counsel of record in the above action, I must obtain sponsorship of the preparation and presentation of the cause filed below, and must accept service of all papers served. I am aware that I can register to receive ECF filings. I understand and agree that should my ECF privileges be revoked for ECF filing. I will arrange with my own deed service of papers served and filed in this case.

**Case Number(s):**                        **Case Title(s)**

_____                     _____
_____                     _____
_____                     _____

**Date:** _____           **Signature:** _Leo B. Oppenheimer_

**State Bar of Residence & Bar Number:**   **Address:** _____
_____                     _____

**Phone:** _____          **Email:** _____

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.