UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Elliot Conrad Dale, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GlaxoSmithKline PLC, and GlaxoSmithKline LLC,<br><br>Defendant. | Case No. 4:22-CV-00334-HFS |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Elliot Conrad Dale, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendants GlaxoSmithKline PLC and GlaxoSmithKline LLC.

Respectfully submitted,

/s/ Rex A. Sharp
Rex A. Sharp, MOB #51205
**SHARP LAW, LLP**
4820 West 75th Street
Prairie Village, KS 66208
Phone: (913) 901-0505
Fax: (913) 901-0419
rsharp@midwest-law.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2022, a true and correct copy of the above and foregoing document was served in accordance with the Local Rules on all counsel of record *via* the Court's electronic filing system.

                                        /s/ Rex A. Sharp
                                        Rex A. Sharp