IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ELLIOT CONRAD DALE, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 22-00334-CV-W-HFS |
| GLAXOSMITHKLINE PLC, GLAXOSMITHKLINE, LLC | ) ) ) ) | |
| Defendants. | ) | |

ORDER

Plaintiff has filed a notice of voluntary dismissal of his claims against defendants, pursuant to Fed.r.Civ.P. 41(a)(1)(A)(i).

Accordingly, the above captioned case is DISMISSED.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

October 25, 2022

Kansas City, Missouri